HUMPHREY & LANSING agt. JOHN R. GANSEVOORT.

Where defendant moves on *twenty* witnesses to change the venue, without showing *specially* why they are material and necessary; and the plaintiff states that *three* witnesses are material for him, and shows *why* they are material and necessary, the venue will be retained.

*April Term,* 1846.

MOTION by defendant to change venue.

Defendant moved on an affidavit containing the names of *twenty* witnesses as material and necessary for his defence, and to change the venue from the county of Albany to the county of Steuben.   Action; assumpsit; defendant stated in his *affidavit that if the plaintiffs claimed to have    [*124] more than two witnesses residing in the county of

Albany where the venue was laid, all of them over two were material for the plaintiffs only to prove the value of certain articles of property sold by the plaintiffs to the defendant, which could as well be proved by witnesses residing in the county of Steuben; no special circumstances were shown or reasons given, why twenty witnesses were necessary for defendant in his defence to the suit.

Plaintiffs stated that they were hardware merchants in the city of Albany, and that the suit was brought to recover for several bills of goods sold at different times during the years 1843 and 1844, in the city of Albany, amounting in all to $1,500; that *three* witnesses were material and necessary for the plaintiffs on the trial of this cause, &c.

> D. WRIGHT, *defendant's counsel.*
> R. B. VAN VALKENBURGH, *defendant's attorney.*
> R. L. JOICE, *plaintiffs' counsel.*
> C. W. CAMPBELL, *plaintiffs' attorney.*

BEARDSLEY, Justice. No reasons are shown why twenty witnesses are necessary for defendant. Plaintiffs show why three are necessary for them; the venue must be retained.

Motion denied.